

**ORDERED in the Southern District of Florida on November 21, 2019.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No.: 1:17-bk-15107-AJC

**PEDRO J. GARCIA BONILLA**,

     Debtor.
_____/

**AGREED ORDER ON MOTION TO**
**COMPEL DEBTOR TO FILE A MODIFIED PLAN**

     **THIS MATTER** came before the Court on November 19, 2019, upon U.S. Bank Trust,
N.A., as Trustee of Chalet Series III Trust's ("Secured Creditor") Motion to Compel Debtor to
File a Modified Plan [D.E. 72] (the "Motion"), and the Court, upon review of the Motion and
noting that the parties are in agreement with the relief requested, finds that the Motion should be
granted.  Accordingly, it is

     **ORDERED**:

     1.     The Motion is **GRANTED,** as set forth herein.

2.     The Debtor shall file, no later than fourteen (14) days from the date of entry of this order, a modified plan that (i) provides for on-going payments that conform to Secured Creditor's Notices of Mortgage Payment Changes filed, as well as, to cure the current default resulting from the short payments and to prevent the Debtor from falling further behind on the mortgage loan or (ii) provides that the subject property will be "treated outside the plan.

3.     In the event the Debtor fails to timely file a modified plan or files a modified plan that provides that the subject property is to be "treated outside the plan," then Secured Creditor shall be granted *in rem* stay relief to pursue available state court remedies against the subject property described as *16387 S.W. 303rd Street, Homestead, FL 33033*.

4.     The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

Attorney Chase Berger is directed to serve copies of this Order on all interested parties and file a Certificate of Service within three (3) days from the entry date of this Order.